UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 FEB -4  AM 9:46

WYLIE M. VICKERY,

    Petitioner,

v.    Case No. 3:11-cv-220-J-20PDB

SEC'Y, FLA. DEP'T OF
CHILDREN AND FAMILIES, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 23, 2013, the Court ordered Petitioner to either file a reply or notify the Court that he does not intend to do so. Further, the Court notified Petitioner that failure to do so on or before January 31, 2014, may result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1.    This case is **DISMISSED** without prejudice.[1]

---

[1] This dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d). Petitioner should note that the one-year period of limitation is tolled during the time in which a properly filed application for state post-conviction relief is pending, see Artuz v. Bennett, 531 U.S. 4, 8-9 (2000) (defining when an application is "properly filed" under 28 U.S.C. § 2244(d)(2)); however, the time in which a federal habeas petition is pending does not toll the one-year limitation period. See Duncan v. Walker, 533 U.S. 167 (2001) (holding that an application for federal habeas corpus review does not toll the one-year limitation period under § 2244(d)(2)).

2.   The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3.   The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

ps 2/4
c:
Wylie M. Vickery
Assistant Attorney General Douglas T. Squire